UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FERMIN CARDOZA VASQUEZ AND ISANDRA ISMAEL-RAMOS,<br><br><div align="center">Plaintiff,</div><br>- against -<br><br>PUEMEX, INC. D/B/A LA CHINA POBLANA & PODER DEL NORTE AND YOLANDA HERNANDEZ,<br><br><div align="center">Defendants.</div> | Case No. 25-cv-00719 (GRB) (AYS)<br><br>ANSWER<br><br>JURY TRIAL DEMANDED |

Defendants, **PUEMEX, INC. D/B/A LA CHINA POBLANA & PODER DEL NORTE AND YOLANDA HERNANDEZ**, (*collectively* "Defendants"), by and through their attorneys, **ZABELL & COLLOTTA, P.C.**, Answer the Complaint as follows:

## NATURE OF ACTION

1.  Defendants admit the allegations set forth in Paragraph "1" of the Complaint.

2.  Defendants admit the allegations set forth in Paragraph "2" of the Complaint.

3.  Defendants deny the allegations set forth in Paragraph "3" of the Complaint but aver Plaintiff Ismael-Ramos was at all times relevant an hourly worker.

4.  Defendants deny the allegations set forth in Paragraph "4" of the Complaint to the extent that no violation of law occurred.

## JURISDICTION AND VENUE

5.  Defendants deny the allegations set forth in Paragraph "5" of the Complaint to the extent that no violation of law occurred.

6.  Defendants deny the allegations set forth in Paragraph "6" of the Complaint to the extent that no violation of law occurred.

7.  Defendants deny the allegations set forth in Paragraph "7" of the Complaint to the extent that no violation of law occurred.

8.  Defendants deny the allegations set forth in Paragraph "8" of the Complaint to the extent that no violation of law occurred.

## PARTIES

9.  Defendants deny knowledge or information sufficient to form a belief as to the truth and veracity of the allegations set forth in Paragraph "9" of the Complaint.

10. Defendants deny knowledge or information sufficient to form a belief as to the truth and veracity of the allegations set forth in Paragraph "10" of the Complaint.

11. Defendants deny knowledge or information sufficient to form a belief as to the truth and veracity of the allegations set forth in Paragraph "11" of the Complaint.

12. Defendants admit the allegations set forth in Paragraph "12" of the Complaint.

## FACTUAL ALLEGATIONS

### Defendant Puemex, Inc. d/b/a China Poblana & Poder Del Norte

13. Defendants admit the allegations set forth in Paragraph "13" of the Complaint.

14. Defendants admit the allegations set forth in Paragraph "14" of the Complaint.

15. Defendants admit the allegations set forth in Paragraph "15" of the Complaint.

2

16.     Defendants admit the allegations set forth in Paragraph "16" of the Complaint.

17.     Defendants admit the allegations set forth in Paragraph "17" of the Complaint.

18.     Paragraph "18" of the Complaint is a conclusion of law to which no responsive pleading is required.

Plaintiff Yolanda Hernandez

19.     Defendants admit the allegations set forth in Paragraph "19" of the Complaint.

20.     Defendants deny the allegations set forth in Paragraph "20" of the Complaint.

21.     Defendants admit the allegations set forth in Paragraph "21" of the Complaint.

22.     Defendants deny the allegations set forth in Paragraph "22" of the Complaint.

23.     Defendants deny the allegations set forth in Paragraph "23" of the Complaint.

24.      Defendants deny the allegations set forth in Paragraph "24" of the Complaint.

25.     Defendants deny the allegations set forth in Paragraph "25" of the Complaint.

26.     Defendants deny the allegations set forth in Paragraph "26" of the Complaint.

27.     Defendants deny the allegations set forth in Paragraph "27" of the Complaint.

28.     Defendants deny the allegations set forth in Paragraph "28" of the Complaint.

29.     Defendants deny the allegations set forth in Paragraph "29" of the Complaint.

30.     Defendants deny the allegations set forth in Paragraph "30" of the Complaint.

31.     Defendants deny the allegations set forth in Paragraph "31" of the Complaint.

32.     Defendants deny the allegations set forth in Paragraph "32" of the Complaint.

33.     Defendants deny the allegations set forth in Paragraph "33" of the Complaint.

34.     Paragraph "34" of the Complaint is a conclusion of law to which no responsive pleading is required.

## Defendants Constitute Joint Employers

35. Defendants deny the allegations set forth in Paragraph "35" of the Complaint.

36. Defendants deny the allegations set forth in Paragraph "36" of the Complaint.

37. Defendants deny the allegations set forth in Paragraph "37" of the Complaint.

38. Defendants deny the allegations set forth in Paragraph "38" of the Complaint.

## Plaintiff Fermin Cardoza Vasquez

39. Paragraph "39" of the Complaint is a conclusion of law to which no responsive pleading is required.

40. Defendants deny the allegations set forth in Paragraph "40" of the Complaint.

41. Defendants admit the allegations set forth in Paragraph "41" of the Complaint.

42. Defendants admit the allegations set forth in Paragraph "42" of the Complaint.

43. Defendants deny the allegations set forth in Paragraph "43" of the Complaint.

44. Defendants deny the allegations set forth in Paragraph "44" of the Complaint.

45. Defendants deny the allegations set forth in Paragraph "45" of the Complaint.

46. Defendants deny the allegations set forth in Paragraph "46" of the Complaint.

47. Defendants deny the allegations set forth in Paragraph "47" of the Complaint.

48. Defendants deny the allegations set forth in Paragraph "48" of the Complaint.

49. Paragraph "49" of the Complaint is a conclusion of law to which no responsive pleading is required.

50. Paragraph "50" of the Complaint is a conclusion of law to which no responsive pleading is required.

51. Defendants deny the allegations set forth in Paragraph "51" of the Complaint.

4

52.    Defendants deny the allegations set forth in Paragraph "52" of the Complaint.

53.    Defendants deny the allegations set forth in Paragraph "53" of the Complaint.

54.    Defendants deny the allegations set forth in Paragraph "54" of the Complaint.

55.    Defendants deny the allegations set forth in Paragraph "55" of the Complaint.

56.    Defendants deny the allegations set forth in Paragraph "56" of the Complaint.

57.    Defendants deny the allegations set forth in Paragraph "57" of the Complaint.

58.    Defendants deny the allegations set forth in Paragraph "58" of the Complaint.

59.    Defendants deny the allegations set forth in Paragraph "59" of the Complaint.

## Plaintiff Isandra Ismael-Ramos

60.    Paragraph "60" of the Complaint is a conclusion of law to which no responsive pleading is required.

61.    Defendants deny the allegations set forth in Paragraph "61" of the Complaint.

62.    Defendants admit the allegations set forth in Paragraph "62" of the Complaint.

63.    Defendants admit the allegations set forth in Paragraph "63" of the Complaint.

64.    Defendants deny the allegations set forth in Paragraph "64" of the Complaint.

65.    Defendants deny the allegations set forth in Paragraph "65" of the Complaint.

66.    Defendants deny the allegations set forth in Paragraph "66" of the Complaint.

67.    Defendants deny the allegations set forth in Paragraph "67" of the Complaint.

68.    Defendants deny the allegations set forth in Paragraph "68" of the Complaint.

69.    Defendants deny the allegations set forth in Paragraph "69" of the Complaint.

70.    Defendants deny the allegations set forth in Paragraph "70" of the Complaint.

71.    Defendants deny the allegations set forth in Paragraph "71" of the Complaint.

72. Paragraph "72" of the Complaint is a conclusion of law to which no responsive pleading is required.

73. Paragraph "73" of the Complaint is a conclusion of law to which no responsive pleading is required.

74. Defendants deny the allegations set forth in Paragraph "74" of the Complaint.

75. Defendants deny the allegations set forth in Paragraph "75" of the Complaint.

76. Defendants deny the allegations set forth in Paragraph "76" of the Complaint.

77. Defendants deny the allegations set forth in Paragraph "77" of the Complaint.

78. Defendants deny the allegations set forth in Paragraph "78" of the Complaint.

79. Defendants admit the allegations set forth in Paragraph "79" of the Complaint.

80. Defendants deny the allegations set forth in Paragraph "80" of the Complaint.

81. Defendants deny the allegations set forth in Paragraph "81" of the Complaint.

82. Defendants deny the allegations set forth in Paragraph "82" of the Complaint.

<div align="center">

**COUNT 1**
**VIOLATION OF THE FAIR LABOR STANDARDS ACT**
**29 U.S.C. §201 *ET SEQ.***
**FAILURE TO COMPENSATE FOR OVERTIME**

</div>

83. Defendants repeat and reallege each and every response made in Paragraphs "1" through "83" contained herein.

84. Paragraph "84" of the Complaint is a conclusion of law to which no responsive pleading is required.

85. Paragraph "85" of the Complaint is a conclusion of law to which no responsive pleading is required.

86. Defendants deny the allegations set forth in Paragraph "86" of the Complaint.

87. Defendants admit the allegations set forth in Paragraph "87" of the Complaint.

88. Paragraph "88" of the Complaint is a conclusion of law to which no responsive pleading is required.

89. Paragraph "89" of the Complaint is a conclusion of law to which no responsive pleading is required.

90. Defendants deny the allegations set forth in Paragraph "90" of the Complaint.

91. Paragraph "91" of the Complaint is a conclusion of law to which no responsive pleading is required.

92. Paragraph "92" of the Complaint is a conclusion of law to which no responsive pleading is required.

93. Defendants deny the allegations set forth in Paragraph "93" of the Complaint.

94. Defendants deny the allegations set forth in Paragraph "94" of the Complaint.

95. Defendants deny the allegations set forth in Paragraph "95" of the Complaint.

<div align="center">

**COUNT II**
**VIOLATION OF THE NEW YORK LABOR LAW**
**ARTICLES 6 AND 19**
**FAILURE TO PAY OVERTIME**

</div>

96. Defendants repeat and reallege each and every response made in Paragraphs "1" through "96" contained herein.

97. Defendants deny the allegations set forth in Paragraph "97" of the Complaint.

98. Paragraph "98" of the Complaint is a conclusion of law to which no responsive pleading is required.

99. Defendants deny the allegations set forth in Paragraph "99" of the Complaint.

100. Paragraph "100" of the Complaint is a conclusion of law to which no responsive pleading is required.

101. Defendants deny the allegations set forth in Paragraph "101" of the Complaint.

102. Defendants deny the allegations set forth in Paragraph "102" of the Complaint.

103. Defendants deny the allegations set forth in Paragraph "103" of the Complaint.

<div align="center">

**COUNT III**
**VIOLATION OF THE NEW YORK LABOR LAW**
**SECTION 195(1)**
**FAILURE TO PROVIDE WAGE NOTICES**

</div>

104. Defendants repeat and reallege each and every response made in Paragraphs "1" through "104" contained herein.

105. Defendants deny the allegations set forth in Paragraph "105" of the Complaint.

106. Defendants deny the allegations set forth in Paragraph "106" of the Complaint.

107. Defendants deny the allegations set forth in Paragraph "107" of the Complaint.

<div align="center">

**COUNT IV**
**VIOLATION OF THE NEW YORK LABOR LAW**
**SECTION 195(3)**
**FAILURE TO PROVIDE WAGE STATEMENTS**

</div>

108. Defendants repeat and reallege each and every response made in Paragraphs "1" through "108" contained herein.

109. Defendants deny the allegations set forth in Paragraph "109" of the Complaint.

110. Defendants deny the allegations set forth in Paragraph "110" of the Complaint.

111. Defendants deny the allegations set forth in Paragraph "111" of the Complaint.

<div align="center">

**COUNT V**
**VIOLATION OF THE NEW YORK LABOR LAW**
**ARTICLES 6 AND 19**
**FAILURE TO PAY SPREAD OF HOURS**

</div>

112.  Defendants repeat and reallege each and every response made in Paragraphs "1" through "112" contained herein.

113.  Defendants deny the allegations set forth in Paragraph "113" of the Complaint.

114.  Defendants deny the allegations set forth in Paragraph "114" of the Complaint.

115.  Defendants deny the allegations set forth in Paragraph "115" of the Complaint.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof as to any of the following defenses where the law does not so impose, Defendants assert the following affirmative defenses:

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

The Complaint, in whole or in part, fails to state a claim upon which relief may be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

At all times relevant hereto, Defendants acted in good faith and full compliance with the law and did not violate any rights to which Plaintiffs may bring this action under any federal, state, or local laws, rules, regulations, or guidelines.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Plaintiffs are precluded from recovering any amounts where they have been paid all sums legally due under law.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

Although Defendants deny that they owe any alleged unpaid wages or other amounts to Plaintiffs, if it is determined that such monies are owed, Plaintiffs cannot establish that any alleged violation of the NYLL was willful.

9

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

This action is barred, in whole or in part, as to all hours allegedly worked by Plaintiffs that were not reported in accordance with any applicable policies or procedures.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint, to the extent it seeks liquidated damages, is barred, in whole and in part, because any and all actions taken by the Defendants were undertaken in good faith and with reasonable grounds for believing such actions were not in violation of any law.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

Although Defendants deny that they owe any alleged unpaid wages or other amounts to Plaintiffs, if it is determined that such monies are owed, Plaintiffs are not entitled to liquidated damages because Defendants' actions with respect to the method of paying Plaintiffs were taken in good faith and were not willful.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

Any and all monies to which Plaintiffs are entitled have been paid in accordance with applicable state law.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

Plaintiff, Fermin Cardoza Vasquez, is not entitled for recovery during the

10

entirety of certain time ranges claimed because Plaintiff did not perform work for nor was employed by Defendants during specific ranges claimed in the Complaint.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

Plaintiff, Isandra Ismael-Ramos, is not entitled for recovery during the entirety of certain time ranges claimed because Plaintiff did not perform work for nor was employed by Defendants during specific ranges claimed in the Complaint.

## DEMAND FOR A JURY

Defendants demand a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Defendants, PUEMEX, INC. D/B/A LA CHINA POBLANA &

PODER DEL NORTE AND YOLANDA HERNANDEZ, hereby demand judgment

dismissing the Complaint in its entirety as against it, together with the cost and

disbursements of this action, including attorneys' fees, and for such further relief as

this Court may deem just, equitable, and proper.

Defendants expressly reserve the right to amend their Answer and assert

additional defenses and/or supplement, alter or change this Answer upon completion

of appropriate investigation and discovery.

Dated: Bohemia, New York
       June 3, 2025

ZABELL & COLLOTTA, P.C.
*Attorneys for Defendants*

By: _____
Saul D. Zabell, Esq.
Anthony T. Masciana, Esq.
1 Corporate Drive, Suite 103
Bohemia, New York 11716
Tel: (631) 589-7242
Fax: (631) 563-7475
SZabell@laborlawsny.com
AMasciana@laborlawsny.com

12